# ELECTRONIC RECORD

COA #   05-15-00355-CR          OFFENSE:   10.01

STYLE:   Jeffrey Wayne Fujisaka v. The State of Texas          COUNTY:   Collin

COA DISPOSITION:   AFFIRM          TRIAL COURT:   416th Judicial District Court

DATE: 08/12/15          Publish: YES   TC CASE #:   416-80264-2015

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jeffrey Wayne Fujisaka v. The State of Texas          CCA #:   1088-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: __11/25/2015__ ·          SIGNED: _____          PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD